**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| SARANJIT SINGH, | No. 08-72868 |
| Petitioner, | Agency No. A079-262-374 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted August 2, 2011[**]

Before:    LEAVY, IKUTA, and N.R. SMITH, Circuit Judges.

Saranjit Singh, a native and citizen of India, petitions for review of the

Board of Immigration Appeals' ("BIA") order denying his motion to reopen. Our

jurisdiction is governed by 8 U.S.C. § 1252. We review for abuse of discretion the

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

denial of motions to reopen. *Toufighi v. Mukasey*, 538 F.3d 988, 992 (9th Cir. 2008). We deny in part and dismiss in part the petition for review.

The BIA did not abuse its discretion in denying Singh's motion to reopen because Singh's psychological evaluation did not explain the material inconsistencies underlying the immigration judge's prior adverse credibility determination. *See* 8 C.F.R. §1003.2(c)(1) ("A motion to reopen proceedings shall not be granted unless it appears to the Board that evidence sought to be offered is material . . . ."); *see also Toufighi*, 538 F.3d at 996.

We lack jurisdiction over Singh's challenge to the BIA's 2005 order affirming the immigration judge's decision denying Singh's application for asylum, withholding of removal, and relief under the Convention Against Torture because Singh's petition for review is untimely as to that decision. *See* 8 U.S.C. § 1252(b)(1); *Membreno v. Gonzales*, 425 F.3d 1227, 1229 (9th Cir. 2005) (en banc).

**PETITION FOR REVIEW DENIED in part; DISMISSED in part.**

08-72868